**Order entered May 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00281-CV

**AMERICAN PRIDE EXPRESS LOGISTICS, INC. AND THOMAS E. FLORES, INDIVIDUALLY, Appellants**

**V.**

**JOE JORDAN TRUCKS, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07192**

### ORDER

The clerk's and reporter's records in this appeal have not been filed because appellants have not paid the clerk's and reporter's fees. Before the Court is appellants' May 4, 2020 motion for extension of time to file verification of payment for the records. We **GRANT** the motion and **ORDER** appellants to file the verification no later than May 19, 2020. We caution appellants that failure to file verification of payment of the reporter's fee may result in the appeal being submitted without the reporter's record; failure to file verification of payment of

the clerk's fee may result in dismissal of the appeal without further notice. *See*

TEX. R. APP. P. 37.3(b),(c).

/s/    ERIN A. NOWELL
           JUSTICE